■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DOE, Also Known as CHOW MING FONG, Appellant. [783 NYS2d 290]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered February 20, 2002, convicting him of assault in the second degree and criminal trespass in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to various summation comments

made by the prosecutor are, for the most part, unpreserved for appellate review (*see People v Vachet,* 4 AD3d 492 [2004]; *People v Shelton,* 307 AD2d 370 [2003], *affd* 1 NY3d 614 [2004]). In any event, the comments constituted fair comment on the evidence presented, or were responsive to the defense counsel's summation (*see People v Shelton, supra; People v Mejias,* 296 AD2d 583 [2002]; *People v Rodrigues,* 258 AD2d 482 [1999]; *People v Ferrer,* 245 AD2d 569, 570 [1997]). H. Miller, J.P., Krausman, Cozier and Spolzino, JJ., concur.